**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD KUSSER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>　　　　Defendants. | Case No. CV 22-5900-GW-JPRx<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

　　　The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　　IT IS SO ORDERED.

Dated: January 23, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　United States District Judge